IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>10 S. Howard Street, Suite 3000<br>Baltimore, MD 21201<br><br>       Plaintiff,<br><br>   v.<br><br>HOME PARAMOUNT PEST CONTROL COMPANIES, INC.<br>4608 Fox Schoolhouse Road<br>Baltimore, MD 21237<br><br>       Defendant. | CIVIL ACTION NO.<br><br><br>COMPLAINT<br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Jessica Ann Ace who was subjected to unlawful sexual harassment. The Commission alleges that Home Paramount Pest Control Companies, Inc. is liable for discriminating against Jessica Ann Ace by subjecting her to a sexually hostile work environment based on her sex. As alleged with greater particularity in paragraphs 7 and 8 below, Ms. Ace was subjected to unwanted touching and repeated sexual comments.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and

(3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Home Paramount Pest Control Companies, Inc. (the "Employer"), has continuously been a Maryland Corporation doing business in the State of Maryland and the City of Baltimore, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jessica Ann Ace filed a charge with the Commission alleging violations of Title VII by Defendant Employer.

All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 2004, Defendant Employer engaged in unlawful employment practices at one of its Baltimore facilities in continuing violation of Section 703(a) of Title VII, 42 U.C.S. §2000e-2(a). Defendant Employer has subjected Jessica Ann Ace to a sexually hostile work environment on the basis of her sex. Specifically, G. Paul Schott, one of Ms. Ace's co-workers, regularly referred to Ms. Ace as a "cunt" and "bitch" and engaged in unlawful sexual touching. Defendant Employer tolerated this sexual harassment, and did nothing to stop it despite Ms. Ace's complaints.

8. Defendant Employer's sexual harassment was sufficiently severe and pervasive enough to alter the conditions of Ms. Ace's employment and to create an abusive working environment.

9. The effect of the practices complained of in paragraphs 7 and 8 above has been to deprive Jessica Ann Ace of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex.

10. The unlawful employment practices complained of in paragraphs 7 and 8 above were and are intentional.

11. The unlawful employment practices complained of in paragraphs 7 and 8 above were and are done with malice or with reckless indifference to the federally protected rights of Jessica Ann Ace.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from subjecting women to a sexually hostile work environment because of their sex and from engaging in any other employment practice which discriminates on the basis of sex.

B.   Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant Employer to make whole Jessica Ace, who was subjected to a sexually hostile work environment by Defendant because of her sex, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 and 8 above, in amounts to be determined at trial.

D.   Order Defendant Employer to make whole Jessica Ann Ace, who was subjected to a sexually hostile work by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to determined at trial.

E.   Order Defendant Employer to pay punitive damages for its malicious and reckless conduct described in paragraphs 7 and 8 above, in amounts to be determined at trial.

F.   Grant such further relief as the Court deems necessary and proper in the public interest.

G.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

*/s/ Jacqueline H. McNair by DMK*
JACQUELINE H. McNAIR
Regional Attorney

*/s/ Debra M. Lawrence*
DEBRA M. LAWRENCE
Supervisory Trial Attorney

*/s/ Regina M. Andrew by DMK*
REGINA M. ANDREW
Trial Attorney, Bar No. 07756

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore District Office
10 S. Howard Street, Suite 3000
Baltimore, Maryland 21201
(410) 962-4220